[Civ. No. 7911. First Appellate District, Division One.—April 15, 1931.]

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA (a Corporation), Petitioner, v. INDUSTRIAL ACCIDENT COMMISSION and MRS. FRANCES SULTZE, Respondents.

Bronson, Bronson & Slaven for Petitioner.

A. I. Townsend for Respondents.

THE COURT.—*Certiorari* to review an award of the Industrial Accident Commission.

It is claimed that there is no evidence to sustain the Commission's finding and award for a new and further disability. The testimony given by the attending physician is more than ample to support the conclusion of the Commission, that the first injury was the proximate cause of the second.

Petition denied.